| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | Jeff D. Friedman (173886) |
| HMcElhinny@mofo.com | HAGENS BERMAN SOBOL SHAPIRO LLP |
| MICHAEL J. AGOGLIA (CA SBN 154810) | 715 Hearst Avenue, Suite 202 |
| MAgoglia@mofo.com | Berkeley, CA 94710 |
| MORRISON & FOERSTER LLP | Telephone: (510) 725-3000 |
| 425 Market Street | Facsimile: (510) 725-3001 |
| San Francisco, California 94105-2482 | jefff@hbsslaw.com |
| Telephone: 415.268.7000 | |
| Facsimile: 415.268.7522 | Steve W. Berman, *pro hac vice* |
| | (application pending) |
| DAVID F. MCDOWELL (CA SBN 125806) | Thomas E. Loeser (202724) |
| DMcDowell@mofo.com | HAGENS BERMAN SOBOL SHAPIRO LLP |
| MORRISON & FOERSTER LLP | 1918 Eighth Avenue, Suite 3300 |
| 707 Wilshire Boulevard | Seattle, WA 98101 |
| Los Angeles, California 90017-3543 | Telephone: (206) 623-7292 |
| Telephone: 213.892.5200 | Facsimile: (206) 623-0594 |
| Facsimile: 213.892.5454 | steve@hbsslaw.com |
| | toml@hbsslaw.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| TARGET CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN AND MICHELE SMITH, husband and wife, ASHLEY BARLOW, JAMIE L. BATEMAN, JOHN BELSKI, NICHOLAS COOPER, ASHLEY DURRAH-MARKUPSON, MICHAEL CRAIG, STEPHEN LAGANO, LORNE MURPHY, TAMMI MENDELL, ELIZABETH PERDUE, MOLLY PHILLIPS, KETHRA RAMERT, AMBER RIPPY, SHARON SANDERS, STANLEY SOUNTHARAVONG, LEANNA WALTHER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, a Minnesota Corporation, <br><br> Defendants. | Case No.   3:14-cv-00577-SC <br><br> CLASS ACTION <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ACTION PENDING JPML DECISION** <br><br> **[N.D. CAL. CIVIL L.R. 7-12]** <br><br> Judge:    Hon. Samuel Conti <br><br> Complaint Filed: February 6, 2014 <br><br> Initial CMC:  Not set |

## STIPULATION TO STAY

WHEREAS plaintiffs Brian and Michele Smith, Ashley Barlow, Jamie L. Bateman, John Belski, Nicholas Cooper, Ashley Durrah-Markupson, Michael Craig, Stephen Lagano, Lorne Murphy, Tammi Mendell, Elizabeth Perdue, Molly Phillips, Kethra Ramert, Amber Rippy, Sharon Sanders, Stanley Sountharavong, and Leanna Walther filed the complaint in the above-captioned action against Defendant Target Corporation ("Target") on February 6, 2014 ("Complaint");

WHEREAS Target has identified at least 80 actions asserting substantially similar allegations against Target pending in courts across the country;

WHEREAS there have been numerous petitions submitted to the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate these cases into a single multidistrict litigation ("MDL");

WHEREAS the parties expect that this action, along with the other similar actions, will be consolidated into an MDL, and that the JPML will also decide where the cases will be transferred as an MDL;

WHEREAS this action has only just commenced and there has been no activity in the case;

WHEREAS this Court has the inherent power to grant a stay, especially in circumstances such as here, where doing so would promote judicial economy and avoid prejudice to the parties, *see, e.g.*, *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *McVicar v. Goodman Global Inc.*, No. SACV 13–1223–DOC (RNBx), 2013 WL 6212149, at *2 (C.D. Cal., Nov. 25, 2013) (staying action pending JPML decision);

WHEREAS absent a stay, the Court and the parties would face case management obligations and deadlines and, in light of the likelihood that there will be an MDL consolidating these actions for the purpose of pretrial proceedings, a stay is necessary and prudent to avoid duplication of pretrial efforts by the parties, any waste of judicial resources, and the risk conflicting rulings;

1    WHEREAS the parties have met and conferred and agree that this action should be stayed
2 pending a decision by the JPML regarding the MDL Number 2522;
3    NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order
4 that:
5    1) This action is otherwise STAYED pending the decision of the JPML in *In re Target*
6 *Corp. Customer Data Security Breach Litig.*, MDL No. 2522;
7    2) All deadlines, including defendant's obligation to respond to the Complaint, are
8 VACATED until further order of the Court;
9    3) The parties shall notify the Court of the JPML's decision within 10 days of the
10 decision if the Court is not otherwise notified.

Dated: February 24, 2014            HAGENS BERMAN SOBOL SHAPIRO LLP

                                    By:   /s/ Thomas E. Loeser
                                          THOMAS E. LOESER (202724)

                                          Attorneys for Plaintiffs
                                          BRIAN AND MICHELE SMITH, ASHLEY
                                          BARLOW, JAMIE L. BATEMAN, JOHN
                                          BELSKI, NICHOLAS COOPER, ASHLEY
                                          DURRAH-MARKUPSON, MICHAEL CRAIG,
                                          STEPHEN LAGANO, LORNE MURPHY,
                                          TAMMI MENDELL, ELIZABETH PERDUE,
                                          MOLLY PHILLIPS, KETHRA RAMERT,
                                          AMBER RIPPY, SHARON SANDERS,
                                          STANLEY SOUNTHARAVONG, and
                                          LEANNA WALTHER

Dated: February 24, 2014            MORRISON & FOERSTER LLP

                                    By:   /s/ Michael J. Agoglia
                                          MICHAEL J. AGOGLIA

                                          Attorneys for Defendant
                                          TARGET CORPORATION

**ATTESTATION OF FILER**

I, Michael J. Agoglia, hereby attest that pursuant to Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 24, 2014        By:     /s/ Michael J. Agoglia
                                        MICHAEL J. AGOGLIA

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: __02/25/2014__           _____
                                Honorable Samuel Conti
                                UNITED STATES DISTRICT JUDGE

sf-3381877